## United States District Court for the Northern District of Illinois

Case Number: 08CV2253                     Assigned/Issued By: J. N.

Judge Name:                               Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

### ISSUANCES

✓ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons        _____
                                            _____
☐ Citation to Discover Assets               (Victim, Against and $ Amount)

☐ Writ _____
     (Type of Writ)

_1_ Original and _0_ copies on _4/23/08_ as to EXPERIAN INFORMATION
                                  (Date)
SOLUTIONS, INC. _____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05