IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEREK CAVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and CITIFINANCIAL AUTO,<br><br>    Defendants | **Civil Action No. 1:08-CV-2253**<br><br>**Filed:  April 1, 2008**<br><br>**Judge Zagel**<br><br>**Magistrate Judge Nolan** |

### EXPERIAN INFORMATION SOLUTIONS, INC.'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Local Rule 3.2 that the following listed parties have a direct, pecuniary interest in the outcome of this case:

1.   Parent Companies:  The parent company of Experian is Experian Group Limited.

2.   Subsidiaries Not Wholly Owned:  The following companies are subsidiaries of Experian that are not wholly owned:

    (a)   First American Real Estate Solutions, LLC

    (b)   First American Real Estate Solutions II, LLC

    (c)   Vehicle Title, LLC

    (d)   Central Source LLC

    (e)   Online Data Exchange LLC

    (f)   New Management Services LLC

    (g)   VantageScore Solutions LLC

3.  Publicly Held Companies:  Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

Dated: May 12, 2008                                    Respectfully submitted,

                                                       /s/ Gabriel H. Scannapieco
                                                       Gabriel H. Scannapieco
                                                       JONES DAY
                                                       77 West Wacker Drive
                                                       Chicago, IL  60601-1692
                                                       Telephone:  (312) 782-3939
                                                       Facsimile:   (312) 782-8585

                                                       Counsel for Defendant
                                                       EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

      I, Gabriel H. Scannapieco, certify that on the 12th day of May, 2008, I served the foregoing **Experian Information Solutions, Inc.'s Local Rule 3.2 Notification as to Affiliates** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

| | |
|---|---|
| Larry P. Smith | Alyssa Hicks Blackwell |
| LARRY P. SMITH & ASSOCIATES, LTD. | LARRY P. SMITH & ASSOCIATES, LTD. |
| 205 North Michigan Ave. | 205 North Michigan Ave. |
| Suite 4000 | Suite 4000 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |
| (312) 222.9028 | (312) 222.9028 |
| Email: lsmith@lpsmithlaw.com | Email: ablackwell@lpsmithlaw.com |

      /s/ Gabriel H. Scannapieco
      Gabriel H. Scannapieco