**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEREK CAVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2253 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. and CITIFINANCIAL AUTO, | ) ) | Judge John W. Darrah |
| | ) | |
| Defendants. | ) ) ) ) ) | |

## FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendant CitiFinancial Auto, Ltd. states as follows:

1. CitiFinancial Auto, Ltd. is a wholly owned subsidiary of CitiFinancial Credit Company, which is a wholly owned subsidiary of Associates First Capital Corporation, which is a wholly owned subsidiary of Citicorp Banking Corporation.

2. Citigroup Inc. (NYSE: C) wholly owns Citicorp Banking Corporation and is the ultimate parent of CitiFinancial Auto, Ltd.

Dated: May 29, 2008                    Respectfully submitted,

                                       **CITIFINANCIAL AUTO, LTD.**

                                       By: s/ Richard E. Gottlieb
                                           Richard E. Gottlieb (rgottlieb@dykema.com)
                                           Kathleen E. Surowiec (ksurowiec@dykema.com)
                                           DYKEMA GOSSETT PLLC
                                           10 S. Wacker Drive, Suite 2300
                                           Chicago, Illinois 60606
                                           Phone: 312-876-1700
                                           Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on **May 29, 2008,** I electronically filed the foregoing **Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification to the following:

        Larry Paul Smith (lsmith@lpsmithlaw.com)
        Alyssa Hicks Blackwell (ablackwell@lpsmithlaw.com)

        s/ Irina V. Frye

CHICAGO\2454541.1
ID\IVF